```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
                                 :
UNITED STATES OF AMERICA         :
                                 :
         -v-                     :      13 Cr. 282 (JSR)
                                 :
STEFAN BUCK,                     :
                                 :
              Defendant.         :
                                 :
---------------------------------x
```

**VERDICT**

On the charge of conspiracy, we the jury find the defendant Stefan Buck:

Guilty _____        Not Guilty ✓\_\_\_\_\_

*Deborah Kaufman*

FOREPERSON

Date: November 21, 2017